UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-10769-DMG (RAOx)** | Date | August 25, 2020 |
|---|---|---|---|

| Title | *Luis Marquez v. Thai Gourmet by Sri Maya, LLC et al* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED [34]**

On August 24, 2020, Defendant Thai Gourmet by Sri Maya, LLC, filed a notice that on July 30, 2020, Defendant had filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Central District of California, Case No. 2:20-bk-16910 [Doc. # 34].

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by no later than **September 1, 2020** why this action should not be stayed as a result of the filing of Defendant's bankruptcy petition.  *See* 11 U.S.C. § 362(a)(1).  Failure to timely or adequately respond will result in the Court issuing an order staying and administratively closing the action and placing the case on inactive status.

IT IS SO ORDERED.

---

CV-90                                      **CIVIL MINUTES—GENERAL**                         Initials of Deputy Clerk KT